United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. GREGORY,<br>Petitioner,<br>v.<br>WARDEN JASON SCHULTZ, et al.,<br>Respondents. | Case No. 26-cv-04767-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 3 |

Mail sent by the Court to petitioner Gregory was returned as undeliverable more than 60 days ago. (Dkt. No. 4.) Accordingly, this federal habeas action is DISMISSED (without prejudice) because Gregory failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Gregory may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

Gregory's motion to proceed in forma pauperis is GRANTED. (Dkt. No. 3.)

The Clerk shall enter terminate all pending motions, enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 18, 2026

WILLIAM H. ORRICK
United States District Judge